RECEIVED
IN MONROE, LA
AUG 2 0 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LOUIS SIMMONS<br>LA. DOC #415155 | CIVIL ACTION NO. 08-0640 |
| VS. | SECTION P<br>JUDGE JAMES |
| SHERIFF S. PYLANT, ET AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 20 day of August, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE